UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TERRY WELCH,** ) <br> ) <br> ) <br>     **Plaintiff,** ) <br> v. ) <br> ) <br> ) <br> **BIG BOY RESTAURANTS** ) <br> **INTERNATIONAL, LLC,** ) <br> ) <br>     **Defendant.** ) <br> ) | Case No.: 1:18-cv-11222-TLL-PTM <br><br> STIPULATION AND <br> ORDER JOINING CHERYL <br> STROUB AS PLAINTIFF |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Terry Welch, and Defendant, Big Boy Restaurants International, LLC, that Cheryl Stroub, an adult individual residing in Coleman, Michigan, shall be joined in this action as Plaintiff pursuant to Federal Rule of Civil Procedure 20(a)(1)(B).

Dated this 30th day of April, 2019

| | |
|---|---|
|   */s/ Sergei Lemberg* <br> Sergei Lemberg, Esq. <br> LEMBERG LAW, LLC <br> 43 Danbury Road <br> Wilton, CT 06897 <br> Telephone: (203) 653-2250 <br> Facsimile: (203) 653-3424 <br> slemberg@lemberglaw.com <br> *Attorney for Plaintiffs* | */s/ Grace Crivello* <br> Vincent P. Hoyumpa, Esquire <br> Grace J. Crivello, Esquire <br> FISCHER GARON HOYUMPA <br> 48 Market Street, Suite 2B <br> Mount Clemens, MI 48043 <br> Telephone: (586) 466-1200 <br> vhoyumpa@fghrlaw.net <br> gcrivello@fghrlaw.net <br> *Attorneys for Defendant* |

**SO ORDERED:**

                                                 s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge

Dated: May 6, 2019